William J. CONDIT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69723.

Missouri Court of Appeals, Western District.

April 14, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 2009.

William James Condit, Cameron, pro se.

Chris Koster, John M. Reeves, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and JAMES EDWARD WELSH, JJ.

### ORDER

PER CURIAM:

William J. Condit appeals the circuit court's judgment denying his motion, without holding a hearing, to reopen the circuit court's Rule 29.15 judgment entered against him. We affirm. Rule 84.16(b).